## IN THE MATTER OF EZRA YOUNGLOVE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Appearances *p. 139; (2) compromised by parties *p. 140.

PAPERS IN FILE: (1) Petition for habeas corpus and allowance of writ; (2) writ of habeas corpus and return; (3) transcript of proceedings in county court; (4) transcript of records of justice of the peace; (5) copy of petition to justices of the peace for support while in prison and certificate of justices; (6) sheriff's bill of fees; (7) crier's bill of fees; (8) taxed bill of costs. *1821 Calendar*, MS p. 56.

## WILLIAM McGAW *versus* CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, LATE MERCHANTS TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO.

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Diminution suggested, certiorari ordered *p. 151; (2) motion for procedendo *p. 197; (3) continued *p. 259; (4) judgment *p. 276.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus and return; (3) additional return to habeas corpus; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit and demand for bill of particulars; (7) bill of particulars; (8) precipe for execution fi. fa. *1821 Calendar*, MS p. 13. Recorded in *Book B*, MS pp. 41–45.